UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-CV-62287-RLR

ALEX FRIZZLE,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC,
IQ DATA INTERNATIONAL INC,
EQUIFAX INFORMATION SERVICES LLC

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SOLUTIONS INC,

Plaintiff Alex Frizzle and Defendant Equifax Information Services Inc submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 1, 2024

                                    Respectfully Submitted,

                                    /s/ Jennifer G. Simil                .
                                  **JIBRAEL S. HINDI, ESQ.**
                                  Florida Bar No.: 118259
                                  E-mail:    jibrael@jibraellaw.com
                                  **JENNIFER G. SIMIL, ESQ.**
                                  Florida Bar No.: 1018195
                                  E-mail:    jen@jibraellaw.com
                                  The Law Offices of Jibrael S. Hindi
                                  110 SE 6th Street, Suite 1744
                                  Fort Lauderdale, Florida 33301
                                  Phone:    954-907-1136
                                  Fax:       855-529-9540

                                  *COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on March 1, 2024, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

                                                            /s/ Jennifer G. Simil             .
                                                           **JENNIFER G. SIMIL, ESQ.**
                                                           Florida Bar No.: 1018195

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com