UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-62287-JB

ALEX FRIZZELLE,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS INC., *et al.,*

    Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Parties' Notice of Settlement (the "Notice"), in which they advised that this case has settled in full. ECF No. [31]. Upon due consideration of the Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1. The Parties shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.

    2. If the Parties fail to complete the expected settlement, either party may request the Court to reopen the case.

    3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida this 3rd day of April, 2024.

_____
JACQUELINE BECERRA
**UNITED STATES DISTRICT JUDGE**