**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No. 0:23-cv-62287-RLR**

ALEX FRIZZLLE,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS INC,
IQ DATA INTERNATIONAL INC,
EQUIFAX INFORMATION SERVICES LLC

    Defendants.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC**

Plaintiff Alex Frizzelle and Defendant Experian Information Solutions Inc, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: July 12, 2024

*[PAGE INTENTIONALLY LEFT BLANK]*

| | |
|---|---|
| /s/ Gerald D. Lane | /s/Grant L. Schnell |
| **JIBRAEL S. HINDI, ESQ.** | **Grant Edward Lavelle Schnell** |
| Florida Bar No.:118259 | Jones Day |
| E-mail: jibrael@jibraellaw.com | 1221 Peachtree Street N.E, Suite 400 |
| **GERALD DONALD LANE, JR. ESQ.** | Atlanta, GA 30361 |
| Florida Bar No.: 1044677 | Phone: 404-581-8023 |
| E-mail: gerald@jibraellaw.com | Email: gschnell@jonesday.com |
| The Law Offices of Jibrael S. Hindi | |
| 110 SE 6th Street, Suite 1744 | *COUNSEL FOR DEFENDANT* |
| Fort Lauderdale, Florida 33301 | |
| Phone: 954-907-1136 | |
| Fax:     855-529-9540 | |

*COUNSEL FOR PLAINTIFF*