UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 0:23-cv-62287-RLR

ALEX FRIZZLLE,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS INC,
IQ DATA INTERNATIONAL INC,
EQUIFAX INFORMATION SERVICES LLC

    Defendants.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

Plaintiff Alex Frizzelle and Defendant Equifax Information Services LLC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action as to Defendant Equifax. Plaintiff and Defendant Equifax shall each bear their own attorneys' fees and costs.

DATED: August 8, 2024

| | |
|---|---|
| /s/ Gerald D. Lane | /s/ Paige Elizabeth Vacante |
| **JIBRAEL S. HINDI, ESQ.** | Paige Elizabeth Vacante |
| Florida Bar No.:118259 | Seyfarth Shaw LLP |
| E-mail: jibrael@jibraellaw.com | 233 S. Wacker Drive |
| **GERALD DONALD LANE, JR. ESQ.** | Chicago, IL 60606 |
| Florida Bar No.: 1044677 | 312-460-5121 |
| E-mail: gerald@jibraellaw.com | Email: pvacante@seyfarth.com |
| The Law Offices of Jibrael S. Hindi | |
| 110 SE 6th Street, Suite 1744 | *Counsel for Defendant Equifax* |
| Fort Lauderdale, Florida 33301 | |
| Phone: 954-907-1136 | |
| Fax:    855-529-9540 | |

*COUNSEL FOR PLAINTIFF*

     /s/Grant L. Schnell
**Grant Edward Lavelle Schnell**
Jones Day
1221 Peachtree Street N.E, Suite 400
Atlanta, GA 30361
Phone: 404-581-8023
Email: gschnell@jonesday.com

*COUNSEL FOR DEFENDANT EXPERIAN*