UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-62287-JB

ALEX FRIZZELLE,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS INC, *et al.,*

    Defendant.

_____/

**ORDER REQURING STIPULATION OF DISMISSAL AND
ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement as to remaining defendant, I.Q. Data International, Inc., ECF No. [57]. Upon due consideration of the Joint Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. The parties shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.

    2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

    3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of August, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE